UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

EDITH CORBETT and KENNETH CORBETT,

    Plaintiffs,

vs.                                            Case No.  3:06-cv-830-J-32MCR

WAL-MART STORES EAST, L.P.,

    Defendant.
_____/

## **O R D E R**

**THIS CAUSE** is before the Court on Defendant's Unopposed Motion for Extension of Deadline for Seeking Amendments and Third Party Practice (Doc. 20) filed on March 13, 2007.  Defendant seeks an order from this Court extending the March 15, 2007 deadline for seeking amendments and third party practice set in the Case Management and Scheduling Order (Doc. 19).   (Doc. 20, p. 2).  Defendant claims it recently discovered potential grounds for bringing a third-party action against a customer who may have been involved in the accident alleged by Plaintiffs in this case. Id.  Defendant requests the deadline for seeking amendments and third party practice to be extended to April 16, 2007.  Id.  Plaintiff does not oppose this Motion.

    Pursuant to Local Rule 4.03 and Rule 6 of the Federal Rules of Civil Procedure, the Court is authorized to extend the deadline for seeking amendments and third party practice upon a showing of good cause.  Defendant has shown good cause for granting this extension.

Accordingly, after due consideration, it is

**ORDERED**:

1. Defendant's Unopposed Motion for Extension of Deadline for Seeking Amendments and Third Party Practice (Doc. 20) is **GRANTED**. The amended deadline for seeking amendments and third party practice is **April 16, 2007.**

2. The granting of this Order shall not serve as a basis for seeking the continuance of any other dates established in the Case Management and Scheduling Order (Doc. 19).

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this  13th  day of March, 2007.

*Monte C. Richardson*

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record
Any Unrepresented Party